# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE:    SOUTH ARKANSAS YOUTH SERVICES, INC.,<br>DEBTOR | CASE NO. 1:18-BK-70124<br>CHAPTER 7 |

## CORPORATE OWNERSHIP STATEMENT

In accordance with the Bankruptcy Rules South Arkansas Youth Services, Inc. ("SAYS") hereby states that it is a not-for-profit corporation and that no corporation directly or indirectly owns 10% or more of any class of the corporation's equity interests.

                                    WRIGHT, LINDSEY & JENNINGS LLP
                                    200 West Capitol Avenue, Suite 2300
                                    Little Rock, Arkansas 72201-3699
                                    (501) 371-0808
                                    FAX: (501) 376-9442
                                    E-MAIL: ccoleman@wlj.com


By    /s/ Charles T. Coleman
       Charles T. Coleman (80030)
       Attorneys for South Arkansas Youth
       Services, Inc.

1582250-v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2018, a true and complete copy of the foregoing Corporate Ownership Statement was sent via the CM/ECF system to the Clerk of the Court which shall send notification though the CM/ECF system to all counsel of record.

/s/ Charles T. Coleman
Charles T. Coleman

1582250-v1