UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

In re:     SOUTH ARKANSAS YOUTH SERVICES, INC.     Case No. 1:18-bk-70124-T

Debtor.     Chapter 7

### CORRECTED/AMENDED MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AT PUBLIC AUCTION

Comes now the Chapter 7 Trustee herein, Renee S. Williams, and moves this Court for an order authorizing the sale of property, free and clear of liens, with liens to attach to the proceeds of the sale, pursuant to §11 U.S.C. 363 and as grounds for her amended motion states as follows:

**1.** On 04/02/2018 Movant filed a MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AT PUBLIC AUCTION. Notice was provided all creditors and parties in interest. The deadline to object to the proposed sale was April 23, 2018. No objections to the sale were filed.

**2.** The sale is scheduled to be held at t 301 S Boundary, Magnolia, Arkansas 71753 beginning at 9:00 a.m. on Friday, May 4, 2018.

**3.** Movant recently learned that several items of personal property of the debtor are stored at an additional location, 450 Columbia Road 11 East, Magnolia, Arkansas 71753. The personal property located at that location consists of beds, washers, dryers, and various items of office equipment.

**4.** Moving the personal property to the 301 Boundary Street location would be costly. In order to draw a larger number of potential buyers Movant request that the auction sale presently scheduled be continued to the 450 Columbia Rd 11 E location immediately following the conclusion of the auction presently scheduled at 301 Boundary Street with an announcement to be made at the scheduled auction and the additional location to be added to the advertising and promotion of the originally scheduled auction. 450 Columbia Rd 11 E, Magnolia, AR 71753 is approximately 3.5 miles from 301 Boundary Street, Magnolia, AR 71753.

    **5.**    Movant asserts that adding the additional location will provide the greatest benefit to the estate by not incurring additional costs of moving and of advertising, and by attracting a larger number of potential buyers than conducting an additional auction on a different day.

    **6.**    After the filing of the original Motion Farmers Bank and Trust Company informed the Trustee that a parcel of real property noted in the original Motion was not owned by the debtor. Farmers Bank and Trust Company provided satisfactory proof the property was in fact owned by the Board of Directors of South Arkansas Youth Services. Based on the information provided, Movant requests the real property of approximately 1.47 acres, N & E RD NE SE, known as 511 E Columbia Road 11, Magnolia, Arkansas 71753 be removed from the upcoming sale.

WHEREFORE, Movant prays that this Court authorize the sale of property free and clear of liens, with the liens to be subordinated to the estate's administrative expenses and to attach to the remaining sale proceeds, by public auction pursuant to §11 U.S.C. 363(f) as set forth in the MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AT PUBLIC AUCTION originally filed; that the auction sale scheduled to be held at 301 S Boundary, Magnolia, Arkansas 71753 beginning at 9:00 a.m. on Friday, May 4, 2018 be conducted with the auction to continue to 450 Columbia Rd 11 E, Magnolia, AR 71753 following the conclusion of the sale at 301 S Boundary, Magnolia, Arkansas 71753; that the real property of approximately 1.47acres, N & E RD NE SE, known as 511 E Columbia Road 11, Magnolia, Arkansas 71753 be removed from the upcoming sale; and that she be granted all other just and proper relief to which she may be entitled.

Dated: April 24, 2018

    Respectfully submitted,

    /s/ Renee S. Williams
    Renee S. Williams
    Trustee
    125 Roberts Ridge Terrace
    Hot Springs, AR 71901
    (501) 624-4330
    Arkansas Bar Number 83-182

CERTIFICATE OF SERVICE

      I, RENEE S. WILLIAMS, do hereby certify this April 24, 2018, that I have electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the Eastern and Western Districts of Arkansas using the CM/ECF system. The United States Trustee and other participants who are registered CM/ECF users will be served by the CM/ECF system.

      /s/ Renee S. Williams
      Renee S. Williams